*445
 
 Manly, J.
 

 This was a warrant upon a justice’s judgment, begun 23d February, 1859. Upon the introduction of the testimony on the trial below, it appeared there was no date to the judgment, and it was contended, on that account, it was void and could not support the action. The facts in respect this seem to be that the warrant in the usual form has a date, the 19th of April, 1853. At the foot of the warrant is the judgment, signed by the justice who gave the warrant, but without date; and still, below all, on the same piece of paper, is an execution in the regular form, and of the same date with the warrant, 19th April, 1853.
 

 We think the date of the judgment is sufficiently certain. “
 
 Id certum est, quod reddi certiom
 
 potestThe warrant is dated, the execution is dated, both of the same day. The position of the judgment as to time, ought to be between the warrant and execution. There is among them a legal sequence and dependence in that order, and we accordingly find it inserted in a body of writing between the other two. The inference is conclusive that the judgment was given on the same day, during an interval of time between the other two; that is, after the warrant, and before the execution.
 

 It seems as certain as any thing inferential can be. At the last term of this Court, when the regularity of an appeal without any date, was questioned, it was held that as it followed immediately the judgment in its position on the paper, it would be taken to be on the day of the judgment, upon the principle that every thing is supposed to be done at the proper time, and in order, until the contrary appear. As this is the only matter of defense to this action, the judgment below should be affirmed.
 

 Per Curiam,
 

 Judgment affirmed.